IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND, et al. ) ) | | |
| Plaintiffs ) | CIVIL ACTION | |
| v. ) | | |
| ) | NO. 08-00652(HHK) | |
| HUBI CONSTRUCTION CORP. ) d/b/a HUBI CONST. CORP. ) ) | | |
| Defendant ) | | |

**NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)
OF THE FEDERAL RULES OF CIVIL PROCEDURE**

To the Clerk:

Pursuant to the provisions of Rule 41(a)(1) of the Federal Rules of Civil Procedure, kindly mark the above matter dismissed without prejudice as to the Defendant as there has been no filing by the adverse party of an answer or of a motion for summary judgment.

    Respectfully submitted,

    JENNINGS SIGMOND, P.C.

    BY: /s/     Kent G. Cprek
    KENT G. CPREK, ESQUIRE
    (BAR NO. 478231)
    The Penn Mutual Towers, 16th Floor
    510 Walnut Street, Independence Square
    Philadelphia, PA 19106-3683
    (215) 351-0615

Date: May 2, 2008    Attorney for the Fund

OF COUNSEL:

JUDITH SZNYTER, ESQUIRE
Jennings Sigmond, P.C.
510 Walnut Street, 16TH Floor
Philadelphia, PA 19106
(215) 351-0641
195675-1

**CERTIFICATE OF SERVICE**

I, Kent G. Cprek, Esquire, state under penalty of perjury that I caused a copy of the foregoing Notice Of Dismissal Pursuant to F.R.C.P. 41(a)(1) to be served via first class mail, postage prepaid on the date and to the addressed below:

HUBI CONSTRUCTION CORP.
d/b/a HUBI CONST. CORP.
40-09 73rd Street, Suite 9
Woodside, NY 11377

Date: May 2, 2008               /s/    Kent G. Cprek
                                KENT G. CPREK, ESQUIRE

195281-1